Jeffery N. Luthi, Clerk of Panel
United States Judicial Panel on Multidistrict Litigation
Washington , D.C. 20004-8041

RALPH A. APPLEGATE
        Plaintiff ,

        Versus                    Cases No .2:18-CV-00045-JLG-EPD
                                              and MDL-2741

MONSANTO COMPANY
        Defendant ,


PLAINTIFF'S CASE LAW WITH RESPECT to PLEADINGS


1. Case law was found by an anonymous researcher for Plaintiff. Judge James L.

Graham has stated on April 9, 2018 " Issue of whether to vacate transfer order is currently

pending before MDL Panel .

"A presumption in favor of remand is necessary because if a federal court

reaches merits of a pending motion in a removed case where subject matter

jurisdiction may be lacking it deprives a state court of its right under

Constitution to --------------- ".  University of Southern Alabama v. American

Tobacco  Company, 168 F.3d at 411 . Case law encourages federal judges to

remand  a case to state court -where it may always be heard- rather than risk

erroneously exercising jurisdiction and having an appellate court vacate all of

their decisions ."

2.. Plaintiff has a very well plead complaint , and sufficient to prove that Roundup

particularly causes other Non Hodgkins Lymphoma , and Plaintiff's Waldenstrom's

RECEIVED
CLERK'S OFFICE
2018 APR 17 AM 8:28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Macroglobulinemia because when exposed to Roundup , Plaintiff's

immunoglobulin m(IgM) , and others , increases beyond 30-306 mg/dl . It is

claimed that on March 14, 2018 that California judge Chhabria criticized

Plaintiff's MDL-2741 expert witnesses as " shaky "on their claim about Roundup.

Link Between Roundup and Cancer is Shaky. Reporter Carla Bayles ,Internet ,

March 14 , 2018 . Plaintiff objected in his complaint of Decembr, 14, 2017 to

MDL-2741 Plaintiff's claim that glyphosate causes NHL , and Plaintiff still

objects . A repetition !

3. State Courts may decide Motions for Default Judgment.

4. State Courts may decide Motions for Temporary Restraining Order .

5.State Courts may decide Motions for Directed Verdict on Pleadings.

Defendant Attorney
David P. Strup
Shoemaker,Loop, & Kendrick , L.L.P.
1000 Jackson Street
Toledo, Ohio 43604
419-321-1306
dstrup@slk-law.com

Respectfully submitted
Ralph A. Applegate
Plaintiff Pro Se
1544 Zettler Road
914-410-1568
rapplegate48@gmail.com

### CERTIFICATE of SERVICE

Plaintiff certifies that on April 10 , 2018 that a true and correct

copy of foregoing was regular mailed to MDL Panel , for efiling ,

and one copy  was  regular mailed to Defendants Attorney .

p.2

Jeffery N. Lüthi, Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Washington, D.C. 20002-8041

RALPH A. APPLEGATE
Plaintiff,